# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1589

_____

JAMIE C. PATTERSON,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Liberty County.
David Michael Frank, Judge.

October 15, 2024

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jamie C. Patterson, pro se, Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.